VINCENT J. BARTOLOTTA, JR., ESQ. (SBN 055139)
E-mail: Bartolotta@tbmlawyers.com
KAREN R. FROSTROM, ESQ. (SBN 207044)
E-mail: Frostrom@tbmlawyers.com
JARRETT S. CHARO, ESQ. (SBN 224001)
E-mail: charo@tbmlawyers.com
KEVIN F. QUINN, ESQ. (SBN 106224)
E-mail: kquinn@tbmlawyers.com
THORSNES BARTOLOTTA McGUIRE LLP
2550 Fifth Avenue, 11th Floor
San Diego, California 92103
Tel: (619) 236-9363 Fax: (619) 236-9653

WILLIAM L. CONTI
wlc@wcontilaw.com
LAW OFFICES OF WILLIAM L. CONTI
100 East San Marcos Blvd., #440
San Marcos, California 92069
Tel: (760) 870-1700 / Fax: (760) 705-1335

Attorneys for Plaintiff KEITH REILLY, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Reilly, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Monitronics International, Inc., Vision Security, LLC, Security Networks, LLC, <br><br> Defendants. | Case No.: 14-CV-2163 BAS JMA <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Complaint Filed: September 11, 2014 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Keith Reilly voluntarily dismisses the above captioned action, without prejudice, against the Defendants Monitronics International, Inc., Security Networks, LLC and Vision Security, LLC.  Plaintiff files this notice of dismissal with the Clerk of the above-entitled court before service by Defendants on Plaintiff of either an

answer or a motion for summary judgment.

Dated: November 12, 2014          THORSNES BARTOLOTTA McGUIRE LLP

By:   /s/ Jarrett S. Charo
       VINCENT J. BARTOLOTTA, JR., ESQ.
       KAREN R. FROSTROM, ESQ.
       JARRETT S. CHARO, ESQ.
       KEVIN F. QUINN, ESQ.
       Attorneys for Plaintiff Keith Reilly,
       individually and on behalf of all others
       similarly situated

THORSNES BARTOLOTTA MCGUIRE LLP
2550 FIFTH AVENUE, 11TH FLOOR
SAN DIEGO, CALIFORNIA 92103
(619) 236-9363
FAX (619) 236-9653